FREDERICK J. SHACKLETON, Respondent, v. FLORA L. ANNABEL and Another, Appellants.— Motion granted unless the appellants shall perfect their appeal and serve brief on or before Wednesday, September twenty-fourth. Case to be placed at the foot of calendar of this term for argument.

· TOWN OF NICHOLS, Appellant, v. SUMNER PARK, OLIE M. PARK, Respondents, and Others, PUBLIC SERVICE COMMISSION, Intervenor, and NEW YORK, LACKAWANNA AND WESTERN RAILWAY COMPANY, Intervenor, Appellant.— Motion denied. McCann, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. MORRIS J. TRIPI, Respondent, v. OLENER CONTRACTING COMPANY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no evidence, other than hearsay, that claimant inhaled gas in the course of his employment, and there is no evidence or finding that he was injured by his fall. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. GEORGE TRACY, Respondent, v. EASTERN LOADING CORPORATION and Another, Appellants.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. LUNZIO TOLLOID, Respondent, v. A. W. HOPEMAN & SONS COMPANY and Another, Appellants.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. EDWARD ULRICH, Respondent, v. NATIONAL METER COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

HARRY C. WILMOT and Another, Appellants, v. THEODORE S. GANDY and Another, Respondents.— Judgment unanimously affirmed, with costs.

JAMES H. WELCH, Respondent, v. CHARLES A. GAGE and Another, Appellants. — Judgment and order unanimously affirmed, with costs.

FRED WILLIAMS, as Committee of the Person and Property of THOMAS WILLIAMS, an Incompetent Person, Respondent, v. LEON McINTYRE, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. NICHOLAS WENDELL, Respondent, v. F. N. BURT Co., INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH WOJICK, Respondent, v. J. C. LA VIN, INC., and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the employee was not injured by an accident arising out of and in the course of his employment. All concur.

PAUL W. WILLIAMS, Appellant, v. MOUNT HOPE MINING AND IRON COMPANY, Respondent, Impleaded with Others.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. JACOB WEISSMAN, Respondent, v. A. HAHN & COMPANY and Another, Appellants.— Award reversed, and matter remitted to the State Industrial Board, with costs against said Board to abide the event, on the ground that the award is not supported by the evidence. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. HARRY WARFIELD, Respondent, v. JULIUS NEMIROW and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.